IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NESTOR JOSE PALACIOS DELGADO,

    Petitioner,

v.                                                                                                 2:26-cv-00203-KG-DLM

WARDEN,
OTERO NEW MEXICO DETENTION FACILITY et al.,

    Respondents.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Respondent Dora Castro's Motion to Dismiss Party, Doc. 11. Ms. Castro is the Warden of the Otero County Processing Center. Both Ms. Castro and the Government note that Petitioner is detained at the Cibola County Correctional Center, not at the Otero County Processing Center as originally alleged. *Id* at 1; Doc. 9 at 1–2 n.1. Because Ms. Castro is not Petitioner's custodian, she is not a proper respondent in this action. Accordingly, the motion to dismiss, Doc. 11, is granted.

Petitioner's erroneous identification of the Otero warden does not deprive the Court of jurisdiction. Pursuant to 28 U.S.C. § 2243, the writ must be directed to the person having custody of Petitioner. The Warden of the Cibola County Correctional Center is therefore substituted as Respondent.

The Court previously granted Petitioner relief. Doc. 10. That Order remains in full force and effect. Respondents must demonstrate compliance within ten 10 business days of that Order.

                                             /s/Kenneth J. Gonzales
                                             CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.